THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Matthew William
 Gilliard, III, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge
Unpublished Opinion No. 2008-UP-044
Submitted January 2, 2008  Filed January
 14, 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Teresa
 A. Knox, Tommy Evans, Jr., and J. Benjamin Aplin, , all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Matthew W. Gilliard, III, appeals the revocation of
 his probation, arguing the probation judge erred in revoking his probation
 because he did not willfully fail to pay his supervision fees.  Gilliard did
 not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Gilliards appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN,
 C.J., KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.